NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE:  ENCAP, LLC,**
*Appellant*

---

2015-1008

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00110.

---

**JUDGMENT**

---

PHILIP M. WEISS, Weiss & Weiss Attorneys at Law, P.C., Jericho, NY, argued for appellant. Also represented by AARON T. OLEJNICZAK, Andrus, Sceales, Starke & Sawall, Milwaukee, WI.

FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, SCOTT WEIDENFELLER, NATHAN K. KELLEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 12, 2015                    /s/ Daniel E. O'Toole
Date                                         Daniel E. O'Toole
                                                Clerk of Court